```
USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 2/17/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KORIN RUTLEDGE,

                        Plaintiff,

v.

KHILADI LLC, CURRAGH REALTY LLC,

                        Defendants.

No. 20-CV-8710 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

    On October 19, 2020, Plaintiff Korin Rutledge brought this action alleging violations of the Americans with Disabilities Act. On January 21, 2021, Plaintiff filed an affidavit of service stating that Defendants Curragh Realty LLC and Khiladi LLC were served on November 3, 2020. Defendants' answers were due on November 24, 2020. Curragh Realty answered the complaint and brought a crossclaim against Khiladi LLC on February 5, 2021.

    Khiladi LLC has not appeared, answered, or otherwise responded to the complaint. It shall do so or seek an extension by March 3, 2021. If Khiladi LLC fails to do so, and Plaintiff intends to move for default judgment, he shall do so by March 17, 2021.

    Plaintiffs shall serve a copy of this Order on Khiladi by February 24, 2021 and promptly file proof of such service on the docket.

SO ORDERED.

Dated:    February 17, 2021
            New York, New York

                                            Ronnie Abrams
                                            United States District Judge