UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KORIN RUTLEDGE,

                Plaintiff,

v.

KHILADI LLC, CURRAGH REALTY LLC,

                Defendants.

```
USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 3/15/2021
```

20-CV-8710 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

In light of a scheduling conflict, the initial pre-trial conference scheduled for March 19, 2021 is hereby adjourned until April 1, 2021 at 2:30 p.m. By no later than March 25, 2021, the parties are to submit a joint letter to the Court containing the information specified in the Court's order of October 26, 2020. *See* Dkt. 7.

The parties shall use the dial-in information provided below to call in to the conference:

Call-in Number: (888) 363-4749
Access Code: 1015508

This conference line is open to the public. If it is not feasible for the parties to appear telephonically at that time, they should jointly notify the Court as soon as possible by letter filed on ECF and include proposed alternative dates for this conference.

SO ORDERED.

Dated:    March 15, 2021
             New York, New York

                                      RONNIE ABRAMS
                                      United States District Judge