# Gabriel A. Levy, P.C.
415 Red Hook Lane, Suite 6E, Brooklyn NY 11201
516-287-3458 • Glevyfirm@gmail.com

---

March 15, 2021

Hon. Ronnie Abrams
United Stated District Judge
United States Courthouse
40 Foley Square
New York, NY 10007

RE: KORIN RUTLEDGE V. KHILADI LLC et al.
**DOCKET NO. 1:20-cv-08710-RA**

Dear Judge Abrams:

The undersigned represents Korin Rutledge, the plaintiff in the above-referenced matter. The parties write to respectfully request an adjournment of the March 19, 2021 Initial Status Conference. This is the second request for an adjournment.

To date, the parties have been engaged in settlement discussions and believe we will have a settlement by May 3rd, 2021, the date defendant Khiladi's answer is due. As such, the parties request an Adjournment of the initial pretrial conference to May 3rd, 2021 or to a similar date convenient to the Court.

Thank you for your time and consideration on this matter.

Respectfully,

*[signature]*

Gabriel A. Levy

Application granted. The initial pre-trial conference is hereby adjourned until May 7, 2021 at 3:00 p.m.

SO ORDERED.

*[signature]*
_____
Hon. Ronnie Abrams
March 16, 2021